1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Cindy Mekari (Bar No. 272465)
   cmekari@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBRA J. EISNER,                    )   Case No. CV12-1238 JSW
                                       )
12          Plaintiff,                 )
                                       )   STIPULATION AND [PROPOSED]
13     vs.                             )   ORDER CONTINUING INITIAL
                                       )   CASE MANAGEMENT
14 THE PRUDENTIAL INSURANCE            )   CONFERENCE PENDING
   COMPANY OF AMERICA; SURGICAL        )   MEDIATION
15 CARE AFFILIATES LONG TERM           )
   DISABILITY PLAN; SURGICAL CARE      )
16 AFFILIATES, in its capacity as Plan )   Initial Case Management Conference
   Administrator,,                     )   Date: July 6, 2012
17                                     )   Time: 1:30 p.m.
            Defendants.                )
18 ——————————————————————             )

19

20      This is an action for long term disability benefits and related relief under the

21 Employee Retirement Income Security Act 29 U.S.C.§1001, *et seq*. ("ERISA").

22      The Court has ordered the case to private mediation, as the parties requested.

23 The parties have agreed to a mediator, Catherine A. Yanni of JAMS, to commence

24 on or about July 18, 2012.  The parties now stipulate and respectfully request that the

25 Court reschedule the Initial Case Management Conference to a date following that

26 mediation.

27      The parties have not previously requested continuance of any dates set by the

28 Court's March 18, 2012 Order Setting Initial Case Management Conference or the

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

126213.1

1        Case No.  CV12-1238 JSW
         STIPULATION AND [PROPOSED] ORDER TO
         CONTINUE INITIAL CASE MANAGEMENT
         CONFERENCE

1  ADR deadlines.  The Initial Case Management Conference is currently scheduled on
2  the Court's calendar for July 6, 2012.

3                                   Respectfully submitted,

4         IT IS SO STIPULATED.

5
6  Dated:  June 26, 2012

                              JULIAN M. BAUM AND ASSOCIATES

7
8                                By:  */S/ Julian M. Baum*
9                                   Julian M. Baum
                               Attorneys for Plaintiff
10                                DEBRA J. EISNER

11 Dated:  June 26, 2012
                              Linda M. Lawson
12                               Cindy Mekari
                              MESERVE, MUMPER & HUGHES LLP
13
14                               By:  */S/ Linda M. Lawson*
15                                  Linda M. Lawson
                               Attorneys for Defendant
16                               THE PRUDENTIAL INSURANCE
                              COMPANY OF AMERICA
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

2

Case No.  CV12-1238 JSW
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE

126213.1

**ORDER**

1
2
3     The parties having stipulated as set forth above, **IT IS SO ORDERED AS**
**FOLLOWS:**
4

5     1.     The Initial Case Management Conference date is vacated;
6     2.     Within 10 days after the mediation, the parties shall notify the Court
7  whether the case has settled, and shall request that the Court calendar an Initial Case
8  Management Conference.
9

10  [alternatively]:  The Initial Case Management Conference is continued to
11
12  _____, 2012 at ____ a.m./p.m.
13  Dated: June __27__, 2012
14                                                              JEFFREY S. WHITE
15                                                              UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

126213.1

Case No.  CV12-1238 JSW
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE