Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SURGICAL CARE AFFILIATES LONG TERM DISABILITY PLAN; SURGICAL CARE AFFILIATES, in its capacity as Plan Administrator,,<br><br>　　　　Defendants. | Case No. CV12-1238 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PENDING MEDIATION<br><br>Initial Case Management Conference<br>Date: July 6, 2012<br>Time: 1:30 p.m. |

　　This is an action for long term disability benefits and related relief under the Employee Retirement Income Security Act 29 U.S.C. §1001, *et seq*. ("ERISA").

　　The Court has ordered the case to private mediation, as the parties requested. The parties have agreed to a mediator, Catherine A. Yanni of JAMS, to commence on or about July 18, 2012. The parties now stipulate and respectfully request that the Court reschedule the Initial Case Management Conference to a date following that mediation.

　　The parties have not previously requested continuance of any dates set by the Court's March 18, 2012 Order Setting Initial Case Management Conference or the

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

126213.1

1

Case No. CV12-1238 JSW
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  ADR deadlines.  The Initial Case Management Conference is currently scheduled on
2  the Court's calendar for July 6, 2012.
3                                          Respectfully submitted,
4      IT IS SO STIPULATED.
5
6  Dated:  June 26, 2012                      JULIAN M. BAUM AND ASSOCIATES
7
8                                            By:  */S/ Julian M. Baum*
9                                                  Julian M. Baum
                                                Attorneys for Plaintiff
10                                                 DEBRA J. EISNER
11 Dated:  June 26, 2012                      Linda M. Lawson
12                                                 Cindy Mekari
                                                MESERVE, MUMPER & HUGHES LLP
13
14                                           By:  */S/ Linda M. Lawson*
15                                                 Linda M. Lawson
                                                Attorneys for Defendant
16                                                 THE PRUDENTIAL INSURANCE
                                                COMPANY OF AMERICA
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

126213.1

2    Case No.  CV12-1238 JSW
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE

**ORDER**

The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

1. The Initial Case Management Conference date is vacated;
2. Within 10 days after the mediation, the parties shall notify the Court whether the case has settled, and shall request that the Court calendar an Initial Case Management Conference.

[alternatively]: The Initial Case Management Conference is continued to _____, 2012 at ___ a.m./p.m.

Dated: June 27, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

126213.1

3

Case No. CV12-1238 JSW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE