Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SURGICAL CARE AFFILIATES LONG TERM DISABILITY PLAN; SURGICAL CARE AFFILIATES, in its capacity as Plan Administrator,,<br><br>　　　　Defendants. | Case No. CV12-1238 JSW<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Initial Case Management Conference<br>Date: February 1, 2013<br>Time: 1:30 p.m. |

　　WHEREAS, an Initial Case Management Conference was originally set in this matter for July 6, 2012 at 1:30 p.m. in Courtroom 11 of the San Francisco Division of the United States District Court for the Northern District of California;

　　The Court ordered the case to private mediation. The parties did not reach a settlement agreement at mediation.

　　WHEREAS, on October 22, 2012, the Court re-scheduled the Initial Case Management Conference to February 1, 2013 at 1:30 p.m.;

　　WHEREAS, Linda M. Lawson, counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), is not available to appear

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

128861.11

1　　Case No. CV12-1238 JSW
JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE

at the Initial Case Management Conference on February 1, 2013 due to a previously scheduled conference;

WHEREAS, the parties, through their respective attorneys of record, have met and conferred regarding the unavailability of Prudential's counsel, and believe there is good cause to continue the Initial Case Management Conference from February 1, 2013 to February 22, 2013 at 1:30 p.m.

IT IS HEREBY STIPULATED by and between Plaintiff DEBRA EISNER and Prudential, by and through their respective attorneys of record, that the Initial Case Management Conference be continued to February 22, 2013 at 1:30 p.m. and the joint case management statement shall be due on or before February 15, 2013.

IT IS SO STIPULATED.

Dated: December 11, 2012         JULIAN M. BAUM AND ASSOCIATES
                                 Julian M. Baum
                                 Lisa A. Lawrence


                                 By:  */S/ Julian M. Baum*
                                      Julian M. Baum
                                      Attorneys for Plaintiff
                                      DEBRA J. EISNER

Dated: December 11, 2012         MESERVE, MUMPER & HUGHES LLP
                                 Linda M. Lawson
                                 Cindy Mekari


                                 By:  */S/ Cindy Mekari*
                                      Cindy Mekari
                                      Attorneys for Defendant
                                      THE PRUDENTIAL INSURANCE
                                      COMPANY OF AMERICA

/ / /

/ / /

/ / /

**MESERVE, MUMPER & HUGHES LLP**

128861.1

2

Case No. CV12-1238 JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

# ORDER

The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

1. The Initial Case Management Conference is continued to February 22, 2013 at 1:30 p.m. in Courtroom 11 of this Court.

2. The joint case management statement shall be due on or before February 15, 2013.

Dated: December 13, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

128861.1

3

Case No. CV12-1238 JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE