Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SURGICAL CARE AFFILIATES LONG TERM DISABILITY PLAN; SURGICAL CARE AFFILIATES, in its capacity as Plan Administrator,,<br><br>Defendants. | Case No. CV12-1238 JSW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Initial Case Management Conference<br>Date:  February 1, 2013<br>Time: 1:30 p.m. |

WHEREAS, an Initial Case Management Conference was originally set in this matter for July 6, 2012 at 1:30 p.m. in Courtroom 11 of the San Francisco Division of the United States District Court for the Northern District of California;

The Court ordered the case to private mediation.  The parties did not reach a settlement agreement at mediation.

WHEREAS, on October 22, 2012, the Court re-scheduled the Initial Case Management Conference to February 1, 2013 at 1:30 p.m.;

WHEREAS, Linda M. Lawson, counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), is not available to appear

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

128861.11

1  at the Initial Case Management Conference on February 1, 2013 due to a previously

2  scheduled conference;

3          WHEREAS, the parties, through their respective attorneys of record, have met

4  and conferred regarding the unavailability of Prudential's counsel, and believe there

5  is good cause to continue the Initial Case Management Conference from February 1,

6  2013 to February 22, 2013 at 1:30 p.m.

7          IT IS HEREBY STIPULATED by and between Plaintiff DEBRA EISNER

8  and Prudential, by and through their respective attorneys of record, that the Initial

9  Case Management Conference be continued to February 22, 2013 at 1:30 p.m. and

10  the joint case management statement shall be due on or before February 15, 2013.

11

12          IT IS SO STIPULATED.

13

14  Dated:  December 11, 2012          JULIAN M. BAUM AND ASSOCIATES
                                       Julian M. Baum
15                                     Lisa A. Lawrence

16

17                                     By:  _/S/ Julian M. Baum_____
                                           Julian M. Baum
18                                         Attorneys for Plaintiff
                                           DEBRA J. EISNER
19

20  Dated:  December 11, 2012          MESERVE, MUMPER & HUGHES LLP
                                       Linda M. Lawson
21                                     Cindy Mekari

22

23                                     By:  _/S/ Cindy Mekari_____
                                           Cindy Mekari
24                                         Attorneys for Defendant
                                           THE PRUDENTIAL INSURANCE
25                                         COMPANY OF AMERICA

26  / / /

27  / / /

28  / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

128861.1

2          Case No.  CV12-1238 JSW
           JOINT STIPULATION AND [PROPOSED] ORDER
           TO CONTINUE CASE MANAGEMENT
           CONFERENCE

**ORDER**

The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

1. The Initial Case Management Conference is continued to February 22, 2013 at 1:30 p.m. in Courtroom 11 of this Court.

2. The joint case management statement shall be due on or before February 15, 2013.

Dated: December 13 , 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case No.  CV12-1238 JSW
JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

128861.1