United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA J. EISNER,

        Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

Case No.  12-cv-01238-JST

**ORDER CONTINUING BENCH TRIAL
AND SETTING CASE MANAGEMENT
CONFERENCE**

Due to a scheduling conflict, the Court hereby CONTINUES the trial scheduled for
November 1, 2013, in this action to November 15, 2013, at 2:00 p.m.  The Court will hold the trial
in the Oakland Courthouse, **Courtroom 2, Fourth Floor, 1301 Clay St., Oakland, California**.

In addition, the parties are ordered to appear by telephone for a case management
conference on October 11, 2013, at 3:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave.,
San Francisco, California to discuss preparation for, and the format and duration of, the bench
trial.  The parties shall file a joint notice providing the Court with a single direct-dial telephone
number at which they may be reached no later than twenty-four hours before the conference.

**IT IS SO ORDERED.**

Dated:  October 1, 2013

_____
JON S. TIGAR
United States District Judge