United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.  12-cv-01238-JST<br><br>**ORDER CONTINUING BENCH TRIAL AND SETTING CASE MANAGEMENT CONFERENCE** |

Due to a scheduling conflict, the Court hereby CONTINUES the trial scheduled for November 1, 2013, in this action to November 15, 2013, at 2:00 p.m.  The Court will hold the trial in the Oakland Courthouse, **Courtroom 2, Fourth Floor, 1301 Clay St., Oakland, California**.

In addition, the parties are ordered to appear by telephone for a case management conference on October 11, 2013, at 3:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California to discuss preparation for, and the format and duration of, the bench trial.  The parties shall file a joint notice providing the Court with a single direct-dial telephone number at which they may be reached no later than twenty-four hours before the conference.

**IT IS SO ORDERED.**

Dated:  October 1, 2013

_____
JON S. TIGAR
United States District Judge