Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLPs
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

JULIAN M. BAUM (Bar No. 130892)
JMB@JMBLawGroup.com
LISA A. LAWRENCE (Bar No. 132310)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane, Novato, California 94947
Telephone: (415) 892-3152  Facsimile: (888) 452-3849

Attorneys for Plaintiff
DEBRA J. EISNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER, | Case No.  CV12-1238 JST |
| Plaintiff, | **JOINT REPORT AND STIPULATION AND [proposed] ORDER** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SURGICAL CARE AFFILIATES LONG TERM DISABILITY PLAN; SURGICAL CARE AFFILIATES, in its capacity as Plan Administrator, | |
| Defendant. | |

1. This is an action for disability insurance benefits and related relief under the Employee Retirement Income Security Act of 1974 ("ERISA").

2. By Judgment dated March 12, 2014, the Court ruled that Plaintiff Debra Eisner was entitled to recover her disability insurance benefits for the period from September 11, 2010 to September 10, 2012 and remanded plaintiff's claim for benefits to the Plan and its claims administrator for determination, within 90 days of the Court's January 22, 2014 Order of benefits due, if any for the period after September 10, 2012. Docket No. 71.

3. The Court's Judgment directed the parties to file by April 30, 2014 a Joint Report informing the Court whether the matter has been resolved; to meet and confer regarding the amount, if any of plaintiff's recovery of reasonable attorneys' fees and costs; and to submit, by April 30, 2014, an appropriate proposed order for the Court's consideration or, if the parties are unable to agree upon a proposed order, Plaintiff's motion for recovery of reasonable attorneys' fees and bill of costs under Fed. R. Civ. P. 54 and Civil Local Rule 54. Docket No. 71.

4. The parties have engaged in meaningful settlement discussions regarding the unresolved issues, and continue to do so. The parties respectfully request that the Court extend the deadlines set forth in the Court's judgment and described in the preceding paragraph. A proposed Order is set forth below, and respectfully submitted for the Court's consideration.

Dated: April 24, 2014                    Respectfully submitted,

                                         MESERVE, MUMPER & HUGHES LLP

                                         By:  */S/ Cindy Mekari*
                                              Cindy Mekari
                                              Attorneys for Defendant
                                              THE PRUDENTIAL INSURANCE
                                              COMPANY OF AMERICA

Dated: April 24, 2014                    JULIAN M. BAUM & ASSOCIATES

                                         By:  */S/  Julian M. Baum*
                                              Julian M. Baum
                                              Attorneys for Plaintiff
                                              DEBRA J. EISNER

                                              2       Case No.  CV12-1238 JST
                                                      Joint Report and Stipulation and
                                                      [proposed] Order

1 | [proposed] **ORDER**

3   The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

5   The parties shall file, by **July 25, 2014**, a joint report to the Court stating whether the matter has been resolved.  If the parties' report states that the matter has been resolved, the Clerk shall be directed to close the Court's file.  Otherwise, the Clerk shall schedule a Case Management Conference.

9   The parties shall meet and confer regarding the amount, if any, of Plaintiff's recovery of reasonable attorneys' fees and costs and shall submit, by **July 25, 2014**, an appropriate order for the Court's consideration.  If the parties are unable to agree upon a proposed order, then Plaintiff shall file, by **July 25, 2014**, her motion for recovery of reasonable attorneys' fees and her bill of costs under Fed. R. Civ. P. 54 and Civil Local Rule 54.

**IT IS SO ORDERED.**

Dated:  April 28, 2014

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Jon S. Tigar]

3   Case No.  CV12-1238 JST
Joint Report and Stipulation and [proposed] Order