UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. EISNER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 12-cv-01238-JST<br><br>**ORDER APPROVING PARTIES' STIPULATION REGARDING REASONABLE ATTORNEYS' FEES AND COSTS AND CLOSING CASE**<br><br>Re: ECF Nos. 71, 73, 74, 75 |

On April 28, 2014, the Court ordered the parties: (1) to submit to the Court by July 25, 2014, a joint report stating whether the matter of the Plaintiff's entitlement to benefits for the period after September 10, 2012 has been resolved; and (2) to meet and confer regarding the amount, if any, of Plaintiff's recovery of reasonable attorneys' fees and costs, and to submit a proposed order to the Court if the parties agreed on that amount. ECF No. 73. On June 13, 2014, the parties submitted to the Court a stipulation explaining that the parties had agreed upon the amount of attorneys' fees and costs, and that the Defendant had paid Plaintiff's attorney the full amount agreed upon. ECF No. 74. On June 13, 2014, the parties also filed an Acknowledgment of Full Satisfaction of the Court's March 12, 2014 judgment. ECF No. 75 at 2. The Acknowledgment states that all judgments and orders arising out of this action have been resolved. Id.

The Court hereby acknowledges and APPROVES the parties' stipulation regarding attorneys' fees and costs. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
JON S. TIGAR
United States District Judge